Commonwealth *v.* Drennon, Appellant.

Submitted March 15, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*John J. Dean* and *A. M. Cohen,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant.

*Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 28, 1971:
Order affirmed.

Hoffman, Appellant, *v.* Conklin.

Argued January 7, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Edward Unterberger,* with him *Warren Y. Francis,* for appellant.

*John F. Christie, III,* with him *High, Swartz, Roberts & Seidel,* for appellees.

OPINION PER CURIAM, June 28, 1971:
Order affirmed. See *Unger v. Hampton Twp.,* 437 Pa. 399, 263 A. 2d 385 (1970).

Dembec et ux., Appellants, *v.* Grubbs.

Argued March 19, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.